## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

    Isaac Alony, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Brooklyn, New York.

    That on September 10, 2012, I served a true copy of the annexed **MOTION TO APPEAR PRO HAC VICE** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

                      Thomas Leghorn
                      Wilson, Elser, Moskowitz Edelman & Dicker
                      150 E. 42nd Street
                      New York, New York 10017

                                                _____
                                                Isaac Alony

Sworn to before me this 10th
day of September, 2012

_____
Notary Public

                                      Douglas Wasser
                                 Notary Public, State of
                                        New York
                                    No. 4736990
                         Qualified in Nassau County
                        Commission Expires Feb. 28 2014