UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

MOATAZ MOHAMED, Individually and )
as Personal Representative of the Estates of )
ALY RASHAD ALY MOHAMED and )
BARIA ZAKI MOHAMED, deceased, )
                       Plaintiff, )
vs. )   No.   CV 12 3139
                       )
NOLAN LAW GROUP, and )   Judge: Hon Sterling Johnson, Jr.
DONALD J. NOLAN, Individually, )
                Defendants. )   Magistrate: Joan M. Azrack, M.J.

## AFFIRMATION OF AMIR R. TAHMASSEBI

I, Amir R. Tahmassebi, an attorney duly licensed to practice law in the State of Illinois, in accordance with Local Civil Rule 1.9 of the Eastern District of New York, affirms the following under penalty of perjury:

1. I am an attorney licensed to practice law in the State of Illinois.

2. I am an attorney with the law firm of Konicek & Dillon, P.C.

3. By Order of the Magistrate Judge Joan M. Azrack, dated September 10, 2012, I was authorized to appear before this Court pro hac vice in this matter.

4. Konicek & Dillon, P.C. has been retained by Moataz Mohamed in this case to represent him in proceedings before the Court.

5. I have knowledge of this case and the matters presented before this court. I submit this affirmation in support of Plaintiff's Response to Defendants' Motion to Dismiss the Amended Complaint.

6. The purpose of this affirmation is to attach true and accurate copies of various documents in support of Plaintiff's Response, which exhibits are referred to in the accompanying Memorandum of Law. The documents are as follows:

| Exhibit | Description |
|---|---|
| A | Dismissal Order in the underlying matter, dated March 29, 2010. |
| B | Retainer Agreement entered into by Moataz Mohamed and the Nolan Law Group in the underlying matter |
| C | English translation of the Retainer Agreement along with notarized certification from the translator. |

7. Based on the documents, as well as the Response in opposition to Defendant's Motion to Dismiss, Plaintiff's claims against the Defendants should be allowed to stand or otherwise transferred to the 7th Circuit Court in the Northern District of Illinois.



Amir R. Tahmassebi

12/12/12
Date

Amir R. Tahmassebi
KONICEK & DILLON, P.C.
Firm No. 37199
21 W. State St.
Geneva, IL 60134
630.262.9655

2