# EXHIBIT B

## ADDENDUM TO ATTORNEY-CLIENT AGREEMENT



Moataz Ali Mohamed, Ghada Ali Mohamed and Dhalia Ali Mohamed (hereinafter "clients"), as an addendum to, and constituting a part of the attorney-client agreement between clients and Nolan Law Group, hereby agree, for lawful consideration, that any and all payments made to clients by or on behalf of EgyptAir, Inc., The Boeing Company or any other party responsible for the air crash of EgyptAir Flight 990 and arising from the crash of said flight and the resulting deaths of Ali Rashad Ali Mohamed Saad and Baria Zaki Mohamed Ahmed, whether made by way of judgment, settlement or otherwise, and whether paid in the United States, Egypt or any other jurisdiction, shall be distributed pursuant to Islamic Inheritance Laws so that Moataz Ali Mohamed, as the son of said decedents, shall receive fifty percent (50%) of any such payment, and Ghada Ali Mohamed and Dhalia Ali Mohamed, as the daughters of said decedents, shall receive twenty-five percent (25%) each of any such payment.

_____
Moataz Ali Mohamed

_____
Ghada Ali Mohamed

_____
Dhalia Ali Mohamed

Dated: _March 5th_ , 2001.

# ملحق للاتفاق بين المحامي وموكليه

بموجب هذه الوثيقة، والتي هي ملحق وجزء لا يتجزأ من الاتفاق المبرم بين الموكلين: معتز علي محمد، وغادة علي محمد، وداليا علي محمد (ويشار إليهم هنا فيما بعد بـ "الموكلين") ومجموعة نولان للمحاماة، يوافق الموكلون بسبب الاعتبارات القانونية على أن أية مبالغ تدفع للموكلين بواسطة أو بالنيابة عن شركة مصر للطيران أو شركة بوينغ للطيران أو أي طرف آخر مسؤول عن انهيار وتحطم طائرة مصر للطيران، رحلة رقم 990، وناشئة (أي المبالغ المذكورة) عن انهيار وتحطم الطائرة المذكورة وما نتج عنها من موت كل من المرحوم علي رشاد علي محمد سعد والمرحومة برية زكي محمد أحمد، سواء كان الدفع هو على سبيل الإنصاف القضائي أو التسوية الودية أو ما خالف ذلك، وسواء كان الدفع داخل الولايات المتحدة أو مصر أو أية ولاية قضائية أخرى يتم توزيعها (أي المبالغ المذكورة) بموجب أحكام الإرث في الشريعة الإسلامية بحيث يتسلم معتز علي محمد، باعتباره ابن المتوفيين المذكورين، نسبة خمسين بالمائة (50%) من المبالغ المذكورة، بينما تتسلم غادة علي محمد وداليا علي محمد، باعتبارهما ابنتي المتوفيين المذكورين، نسبة خمسة وعشرين بالمائة (25%) لكل منهما من المبالغ المذكورة.

_____
معتز علي محمد

_____
غادة علي محمد

_____
داليا علي محمد

حرر في تاريخ: _____ 2001.
march 5th

بسم الله الرحمن الرحيم

عقــد وكالـــة واتفـــاق

إنه في يوم [غير واضح] الموافق ١٨/ ٧/ ٢٠٠٠

بين كل من :

أولا : الســـادة / مجموعـــة نـــولان القانونية – ويمثلها السيد / دونالد نولان العنوان ٢٠ ش نورث كلارك – شيكاغو – 60602 – الولايات المتحدة الامريكية .

ثانياً : السادة / كلاري ولي 2 ش روسيل – تومبا – كوينز ايلاند – 4350 – استراليا .

ثالــثاً : السيد فكــري حسن الديب المحامي العنوان عمارة ٤/٢ ش الدكتور أنور المفتي – المنطقة الأولى – مدينة نصر – القاهرة

(طرف أول – الوكيل)

ثانياً : السادة / [نص بخط اليد غير واضح]

[نص بخط اليد غير واضح]

و رثة المرحوم / [نص بخط اليد غير واضح]

العنوان / [نص بخط اليد غير واضح]

(طرف ثاني – الموكل)

وقد تم الاتفاق والتراضي بين الطرفين على ما هو آت :

البند الأول

وكل الطرف الثاني (الموكل) الطرف الأول (الوكيل) في اتخاذ كافة الإجراءات وتقديم الشـــكاوى والطلـــبات لجبر وتعويض الطرف الثاني عن الخسائر والأضرار المادية والأدبية والتعويضات ضد أي جهة يثبت إدانتها أخطائها ومسئولياتها وذلك أمام المحاكم على اختلاف

رقم ٩٩٩/١٠/٣١

نحن قاضي محكمة صلح بيروت الناظرة بالدعاوى العقارية بما أن الجهة المستدعية قدمت طلباً رقم ٩٩٠ إلى ...

**البيانات التالية**

١) ...

٢) ...

٣) ...

٤) ...

٥) ...

٦) ...

٧) ...

[توقيع]

البند الثالث

يلتزم الطرف الأول في مباشرته للعمل الموكول إليه من الطرف الثاني حتى الانتهاء منه ببذل العناية الفائقة وليس ملزما بتحقيق نتيجة .

البند الرابع

يستحق الطرف الأول مقابل ما يقوم به من جهود كبيرة لمباشرته لموضوع التعاقد وما ينفقه من نفقات ومصروفات ...الخ في سبيل هذا العمل ويحصل على أتعاباً شاملة لكل ذلك هي نسبه قدرها ٣٠% من قيمة التعويض الذي يستحق للطرف الثاني وهذه النسبة يستحقها في الحالات الآتية :

١. تسوية أو إنهاء النزاع قبل رفع القضية باستحقاق تعويض للطرف الثاني .

٢. تسوية أو إنهاء النزاع بعد رفع القضية باستحقاق تعويض للطرف الثاني .

٣. تسوية أو إنهاء النزاع بعد صدور حكم ابتدائي وقبل الاستئناف .

٤. تسوية أو إنهاء النزاع بعد الاستئناف وقبل صدور الحكم باستحقاق التعويض للطرف الثاني .

٥. بعد صدور حكم الاستئناف وضرورة الحكم نهائي .

البند الخامس

يحق للطرف الأول تجنيب نسبته المتفق عليها بهذا العقد دون المساس بنسبة الـ ٧٠% التي هي حق الطرف الثاني حتى يحدد الطرف الثاني كيفية استلامه أو قبضه لها ولا يحق للطرف الأول قبض أو استلام التعويض المحكوم به لصالح الطرف الثاني اتفاقا أو قضاء .

البند السادس

يلزم الوكيل بعدم القيام بأي إجراء أو اتفاق في موضوع القضية بغير الرجوع إلى الطرف الثاني وموافقته كتابة – ولا يخل ذلك بحق الطرف الأول بصفته وكيلاً مفوضاً عن

الطرف الثاني في تقديمه كافة الشكاوى والطلبات والالتماسات وتعديلها وإلغائها أمام أي جهة أياً كانت أو أمام المحكمة متى كانت لمصلحة الطرف الثاني في سبيل حصوله على اكبر تعويض ممكن وله في سبيل ذلك إعداد الملفات وتحضيرها بكل الوسائل القانونية المشروعة والمرافعات والمذكرات والتفويضات وغير ذلك من أوراق وله سبيل ذلك الحق في تمثيل الطرف الثاني في التفاوض بكل ثقة وقوة في بعض أو كل المنازعات والمفاوضات التي تخص موضوع هذا الاتفاق .

## البند السابع

لأهمية الدور الذي يقوم به الطرف الأول (الوكيل) واتفاقه في موضوع هذا الاتفاق كما هو موضح بالبنود السابقة لا يجوز للطرف الثاني إلغاء وكالته للطرف الأول بغير سبب قانوني واقعي ثابت من شأنه أن يشكل خطراً جسيماً وفساداً على مصالح وحقوق الطرف الثاني – وإلا تحمل الطرف الثاني بجميع المصروفات والنفقات التي أنفقها الطرف الأول وتعويضه عما أصابه من ضرر .

وكذلك لا يجوز للطرف الأول هو الآخر التنازل أو التخلي عن وكالة الطرف الثاني له بأي حالة من الأحوال بغير سبب ومبرز قانوني وواقعي ثابت من قبل الطرف الثاني من شأنه أن يشكل خطراً جسيماً وفارقاً على مصالح وحقوق الطرف الأول .

## البند الثامن

يلتزم الطرف الثاني بعمل توكيل قضائي لطرف الأول لمباشرة العمل موضوع هذا الاتفاق – ويعطي فيه للطرف الأول حق إشراك أو توكيل الغير في كل أو بعض ما يتصل بموضوع التعاقد بشرط عدم تحمل الطرف الثاني بأي مبالغ على الإطلاق عن ذلك ويكون التوكيل خالياً من الصلح وقبض أو استلام أو صرف التعويض الخاص بالطرف الثاني .

## البند التاسع

يخضع هذا الاتفاق والتعاقد والوكالة الواردة به للقوانين في ولاية الينيوس وكذلك الحقوق والواجبات الخاصة بالوكيل والموكل متى كانت لا تتعارض مع بنود هذا الاتفاق .

البند العاشر

في حالــة قيـام خلاف أو جدل حول هذا العقد أو تفسير بند من بنوده بان يلجأ إلى التحكيم الفيدرالي المعمول به تبعا لمنظمة التحكيم الأمريكي .

علـى انـه يكون انتقال الطرف الثاني لأجل ذلك وإقامته ومأكله ومشربه حتى إنهاء التحكيم على نفقة الطرف الأول .

البند الحادي عشر

في حالة عدم نجاح الطرف الأول في الحصول على حكم بالتعويض لصالح الطرف الـثاني أيـاً كانت الأسباب لا يجوز الرجوع على الطرف الثاني بأي حال من الأحوال بأي نفقات أو أتعاب أو مصروفات أنفقها في سبيل ذلك .

البند الثاني عشر

هذا الاتفاق والتعاقد بين الطرفين هو المعمول به و أي اتفاق شفهي يخالف ذلك لا يعتد به .

البند الثالث عشر

تحرر هذا الاتفاق من نسختين باللغة العربية وقد زيلت النسخ جميعها بتوقيع الطرفين بتعديلاته كل نسخة عليها وإقراره .

| الطرف الثاني | الطرف الأول |
|---|---|
| | عن / مجموعة نولان القانونية |
| داليا على بشادى | السيد / دونالد نولان |
| غادة على رشادى | السيد / كلارى ولى |
| | السيد / فكرى حسن الدريب |



# NOLAN LAW GROUP

January 5, 2001

Mr. Neil McGilchrist
*BEAUMONT AND SON*
Lloyds Chambers
1 Portsoken Street
London E1 8AW
ENGLAND

<u>NOTICE OF ATTORNEY'S LIEN</u>

RE:     EgyptAir Flight # 990
         Decedents: Ali Rashad Ali Mohamed Saad and
                         Baria Zaki Mohamed Ahmed
         Our File Number: 00055

Dear Mr. McGilchrist:

Please be advised that Nolan Law Group has been retained by the next-of-kin of Ali Rashad Ali Mohamed Saad, deceased, and Baria Zaki Mohamed Ahmed, deceased (hereinafter "clients"), to prosecute or settle any claims for damages against parties responsible for the injuries to and death of said decedents arising from the crash of EgyptAir Flight 990 on October 31, 1999.

You are hereby notified that the clients entered into a contract with me to pay as compensation for services rendered and to be rendered in and about the prosecution of the said suit, claim, demand or cause of action an agreed-upon percentage of the sum of any amount recovered by way of settlement or otherwise.

You are further notified that I claim a lien to the extent of my interest, as above set forth in said claim, demand, cause of action and suit at law. Said lien shall attach to any verdict or judgment entered or to be entered in such suit or to any money or property which may be recovered by the clients on account of such claim, suit, demand or cause of action from and after the service of this Notice.

Please also do not communicate directly with my clients.

Very truly yours,

NOLAN LAW GROUP

Donald J. Nolan



Donald J. Nolan
Albert E. Durkin
William J. Jovan
Floyd A. Wisner
James H. Lawlor, III
Todd R. McQuiston
Laura L. Ruhl

20 North Clark Street
Thirtieth Floor
Chicago, Illinois 60602

Telephone
312.630.4000
Toll Free
888.630.9340 or 888.372.3870
Facsimile
312.630.4011
E-mail
contact@nolan-law.com

STATE OF ILLINOIS    )
                              )   SS.

COUNTY OF COOK    )



     I hereby certify that the above and foregoing Notice of Attorney's Lien was served upon the addressee by placing said notice with Federal Express Overnight Delivery on January 5, 2001, with the fee for delivery fully prepaid and proof of delivery request.

_____
Paula L. Jett

Subscribed and Sworn to before me
this 5th day of January, 2001.

_____
NOTARY PUBLIC



OFFICIAL SEAL
ANDRA L. ADDIS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/25/02